# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CR-21-232-G-4 |
| ) | |
| ARMANO LOPEZ CORTEZ, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Now before the Court is the Government's Motion to Dismiss Indictment (Doc. No. 193), filed July 10, 2025. The Government represents that it believes dismissal would serve the ends of justice in light of the defendant's fugitive status and other considerations. No response to the Motion was filed within the time allowed.

Having considered the Motion and the circumstances of this matter, the Court finds that dismissal is in the public interest and that the Motion should be and is hereby GRANTED. *See* Fed. R. Crim. P. 48(a); *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977); *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004).

IT IS THEREFORE ORDERED that the Indictment (Doc. No. 1) returned September 7, 2021, charging Defendant Armano Lopez Cortez with violation of Title 18, United States Code, Section 1956(h), is DISMISSED WITHOUT PREJUDICE as to Defendant Lopez Cortez only.

IT IS SO ORDERED this 3rd day of September, 2025.

                                                  */s/ Charles B. Goodwin*
                                                  CHARLES B. GOODWIN
                                                  United States District Judge